# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-2398

_____

John D. Lockhart,                      *
                                       *
         Appellant,                    *
                                       *       Appeal from the United States
    v.                                 *       District Court for the
                                       *       Eastern District of Missouri.
Donna G. Adams, Registered            *              [UNPUBLISHED]
Nurse; Christian Kolom,               *
Health Services Administrator,        *
                                       *
         Appellees.                    *

_____

Submitted:  February 27, 1997

Filed:  March 10, 1997
_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.
_____

PER CURIAM.

John D. Lockhart, an inmate at Farmington Correctional Center, appeals from the order denying his motion for a temporary restraining order/preliminary injunction enjoining the disclosure of his psychiatric records in this action brought under 42 U.S.C. § 1983.

Finding no error in the district court's[1] finding that Lockhart has waived any psychiatrist-patient privilege by putting his psychological condition into issue, we affirm the order.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

<u>See</u> 8th Cir. Rule 47B.

A true copy.

Attest:

Clerk, U.S. Court of Appeals, Eighth Circuit.